ACCEPTED
15-25-00017-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/9/2025 11:27 AM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00017-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/9/2025 11:27:30 AM
CHRISTOPHER A. PRINE
Clerk

**In the Court of Appeals
for the Fifteenth Judicial District**

IN THE GUARDIANSHIP OF LANDEN THOMAS GRISWOLD,
AN INCAPACITATED PERSON

On Appeal from Cause No. G00074
County Court at Law
Cherokee County, Texas

**APPELLEE'S UNOPPOSED MOTION TO WITHDRAW
AND NOTICE OF LEAD COUNSEL**

Appellee, Texas Health and Human Services Commission (HHSC), files this Unopposed Motion to Withdraw and Notice of Lead Counsel and, in support, shows the Court the following:

1.      The current counsel on behalf of Appellee is Reed Arroyo.

2.      Mr. Arroyo has accepted a position outside of the Office of the Attorney General of Texas and requests to withdraw from this case. Appellee designates Terri M. Abernathy as new lead counsel. Ms. Abernathy is licensed to practice law in the state of Texas and is a member in good standing of the State Bar of Texas. Ms. Abernathy's contact information is as follows:

**Terri M. Abernathy**
Assistant Attorney General

1

Texas State Bar No. 24062894
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
General Litigation Division
P.O. Box 12548
Austin, Texas 78711
Phone (512) 936-0562
Division Fax (512) 320-0667
Email terri.abernathy@oag.texas.gov

3.      Appellee respectfully requests the Court remove Mr. Arroyo as counsel of record and attorney-in-charge for this cause.

4.      The undersigned has conferred with counsel for Appellant, who indicated they are unopposed to the withdrawal of Mr. Arroyo and substitution of Ms. Abernathy as attorney-in-charge for Appellee.

## PRAYER

Appellee requests that Ms. Abernathy be added to all future correspondence and notifications of filings in this matter and be substituted as lead counsel, and that Mr. Arroyo be removed as counsel of record.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

2

KIMBERLY GDULA
Chief, General Litigation Division


*/s/ Reed Arroyo*
REED ARROYO
Assistant Attorney General
Texas Bar No. 24143565
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
General Litigation Division
P.O. Box 12548
Austin, Texas 78711
Phone (512) 475-4072
Division Fax (512) 320-0667
Email Reed.Arroyo@oag.texas.gov

TERRI M. ABERNATHY
Assistant Attorney General
Texas Bar No. 24122680
*Attorney-in-Charge*
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
General Litigation Division
P.O. Box 12548
Austin, Texas 78711
Phone (512) 936-0562
Division Fax (512) 320-0667
Email Terri.Abernathy@oag.texas.gov

*Counsel for Appellees*


## CERTIFICATE OF CONFERENCE

On May 8, 2025, the undersigned conferred with lead counsel for Appellant, Tracia Lee, who stated Appellant is unopposed to the relief requested.


*/s/ Reed Arroyo*
REED ARROYO
Assistant Attorney General

3

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument has been filed electronically through the electronic-filing manager on May 9, 2025 causing e-service to all counsel of record as follows:

Tracia Y. Lee
Tracia.Lee@keanmiller.com
Laurel M. Smith
Laurel.Smith@keanmiller.com
Kean Miller, LLP
Pennzoil South Tower
711 Louisiana Street, Suite 1800
Houston, Texas 77002
Phone (713) 844-3000
e-serve@keanmiller.com

*/s/ Reed Arroyo*
REED ARROYO
Assistant Attorney General

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Tristan Garza on behalf of Reed Arroyo
Bar No. 24143565
tristan.garza@oag.texas.gov
Envelope ID: 100646096
Filing Code Description: Motion
Filing Description: APPELLEES UNOPPOSED MOTION TO WITHDRAW AND NOTICE OF LEAD COUNSEL
Status as of 5/9/2025 12:31 PM CST

Associated Case Party: Texas Health and Human Services Commission

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jonathan Petix | 24027728 | jonathan.petix@hhs.texas.gov | 5/9/2025 11:27:30 AM | SENT |
| Alyssa Bixby-Lawson | 24122680 | anknutson@gmail.com | 5/9/2025 11:27:30 AM | SENT |
| Tristan AGarza | | tristan.garza@oag.texas.gov | 5/9/2025 11:27:30 AM | SENT |
| Terri Abernathy | | terri.abernathy@oag.texas.gov | 5/9/2025 11:27:30 AM | SENT |
| Quennette Rose | | Quennette.Rose@oag.texas.gov | 5/9/2025 11:27:30 AM | SENT |
| Reed Arroyo | | reed.arroyo@oag.texas.gov | 5/9/2025 11:27:30 AM | SENT |

Associated Case Party: Candice Jeffcoat

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Tracia Lee | | e-serve@keanmiller.com | 5/9/2025 11:27:30 AM | SENT |